UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-01651-ODW-AYP Date: August 13, 2026

Title Lighthouse Healthcare Center, LLC v. National Fire & Marine Insurance Company et al.

Present: The Honorable: Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) MINUTE ORDER RE PARTIES' REVISED REQUEST FOR INFORMAL DISCOVERY CONFERENCE VIA ZOOM (DKT. NO. 60.)**

Court is in receipt of the IDC request filed by the Plaintiff that was unilaterally filed. The Court has set a discovery cut off of August 12, 2026. (Dkt. No. 38.) In the Scheduling Order, the Court defined the discovery cut off the date that all discovery must be completed. (Dkt. No. 20.) Submitting the IDC request on the last day of the discovery cut-off does not comply with the Court's Scheduling Order. As such the Revised IDC Request is hereby DENIED as untimely.

IT IS SO ORDERED.

Initials of Preparer mp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-01651-ODW-AYP Date: August 13, 2026

Title Lighthouse Healthcare Center, LLC v. National Fire & Marine Insurance Company et al.