UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-01651-ODW-AYP** | Date | _October 13, 2026 |
| Title | ***Lighthouse Healthcare Center, LLC v. National Fire & Marine Insurance Company, et al.*** | Page | 1 of 1 |

| | |
|---|---|
| Present: The Honorable | ANNA Y. PARK, UNITED STATES MAGISTRATE JUDGE |

| | |
|---|---|
| M. Pogosyan | CS 10/13/26 |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Avi N. Wagner | Jon T. Neumann |
| Charissa Morningstar | Zachry H. Levy |

**Proceedings: PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH DISCOVERY ORDER AND FOR SANCTIONS AND RULE 37 RELIEF (DKT. NO. 62.)**

The case is called. Counsel state their appearances. The Court and counsel confer as reflected on the record. Plaintiff's Motion to Compel Compliance with Discovery Order and for Sanctions and Rule 37 Relef is taken under submission.

As ordered at the IDC hearing, within five (5) days of this Order, the parties are to meet and confer and retain an independent third-party ESI specialist to assist the parties to effectuate the Court's previous Order (Dkt. No. 54). A separate order will be issued.

**IT IS SO ORDERED**.

| | |
|---|---|
| | :40 |
| Initials of Preparer | mp |