**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lighthouse Healthcare Center, LLC, a California Limited Liability Company,<br>Plaintiff,<br><br>v.<br><br>National Fire & Marine Insurance Company, a Nebraska Corporation; MedPro Group, Inc. and DOES 1-110,<br>Defendants. | Case No. 2:25-cv-01651-ODW-MAA<br><br>**ORDER GRANTING STIPULATED APPLICATION FOR EXTENSION OF EXISTING DATES AND DEADLINES**<br><br>**(THIRD REQUEST)**<br><br>Complaint Filed: February 26, 2025<br><br>Trial: January 26, 2027<br><br>Assigned to: Hon. Otis D. Wright |

The Court having reviewed the Parties' Stipulated Application for Extensions of Existing Dates and Deadlines ("Application"), and finding good cause therefore, IT IS HEREBY ORDERED that the Application is GRANTED. The dates and deadlines set forth in this Court's May 29, 2025 Scheduling and Case Management Order, as modified by the Court's March 11, 2026 and June 1, 2026 Orders Granting Stipulated Application for Extensions of Existing Dates and Deadlines, shall be extended until the following dates:

| **Matter** | **Existing Date or Deadline** | **New Date or Deadline** |
|---|---|---|
| Close of Expert Discovery | 10/19/26 | 11/16/26 |
| Deadline for Hearing Motions to Exclude Experts | 11/23/26 | 12/21/26 |

DATED: _October 19, 2026____

HON. OTIS D. WRIGHT, II

United States District Judge