GREENBERG TRAURIG, LLP
Jon T. Neumann (CA SBN 277331)
NeumannJ@gtlaw.com
Zachary H. Levy (admitted *pro hac vice*)
Zach.Levy@gtlaw.com
2375 E. Camelback Road, Ste. 800
Phoenix, AZ 85016
Telephone: 602.445.8411
*Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Lighthouse Healthcare Center, LLC, a California Limited Liability Company,

Plaintiff,

v.

National Fire & Marine Insurance Company, a Nebraska Corporation; MedPro Group, Inc. and DOES 1-110,

Defendants.

Case No. 2:25-cv-01651-ODW (AYPx)

**DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Complaint Filed: February 26, 2025

Assigned to: Hon. Otis D. Wright II

# DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 79-5.2.2(b), Defendants National Fire & Marine Insurance Company and MedPro Group, Inc. (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this application for leave to file under seal certain exhibits to Defendants' Motion for Summary Judgment. This Application is supported by the Declaration of Zachary H. Levy, attached hereto as **Exhibit A**.

The materials requested to be sealed are as follows:

| Document | Portion to be Sealed |
|---|---|
| Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment | Portion of document as redacted.<br><br>The redacted portions reference the substance of Exhibit 3-A, discussed below. |
| Defendants' Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment ("Statement of Uncontroverted Facts") | Paragraphs 8 through 15.<br><br>These paragraphs reference the substance of Exhibit 3-A, discussed below. |
| Exhibit 3-A to the Declaration of Jon T. Neumann filed concurrently with the Statement of Uncontroverted Facts | Full exhibit.<br><br>Exhibit 3-A are relevant pages of exhibit 200 to the transcript of the deposition of David Strother in this case. Plaintiff Lighthouse Healthcare Center, LLC ("Plaintiff") produced exhibit 200 (bearing Bates numbers LH_00010505 through LH_00010664) as Confidential pursuant to the Stipulated Protective Order entered in this matter (Dkt. 26). |

Plaintiff designated Exhibit 3-A as confidential pursuant to the parties' Stipulated Protective Order. *See* L.R. 79-5.2.2(b). Plaintiff asserts the information contained therein constitutes Protected Health Information or Personally Identifiable Information protected from disclosure under 45 CFR § 164.501. Defendants requested that Plaintiff de-designate Exhibit 3-A, however, Plaintiff declined to do so. [*See* Ex. A.] Accordingly, these documents remained governed by the Stipulated Protective Order entered in this matter [Dkt. 26.] Defendants submit this application requesting that the above materials be sealed and protected from public disclosure.

Pursuant to L.R. 79-5.2.2(a)(ii), a proposed order is lodged herewith.

DATED this 19th day of October, 2026.

GREENBERG TRAURIG, LLP

By: /s/ *Jon T. Neumann*
Jon T. Neumann
NeumannJ@gtlaw.com
Zachary H. Levy
Zach.Levy@gtlaw.com
Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group, Inc.

# CERTIFICATE OF SERVICE

***(Lighthouse Healthcare Center, LLC v. National Fire & Marine Insurance Company)***

**USDC Case No: 2:25-cv-01651-ODW (AYPx)**

I am employed in the County of Maricopa, State of Arizona; I am over the age of 18 years and not a party to the within action; my business address is 2375 East Camelback Road, Suite 800, Phoenix, Arizona 85016; diane.linn@gtlaw.com.

I hereby certify that on October 19, 2026 and pursuant to Local Rule 5-3.2.1, I filed the foregoing document via the Court's electronic filing system and all counsel of record have been served by that method.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2026, at Los Angeles, California.

Diane J Linn

Diane Linn
Employee of Greenberg Traurig, LLP