GREENBERG TRAURIG, LLP
Jon T. Neumann (CA SBN 277331)
NeumannJ@gtlaw.com
Zachary H. Levy (admitted *pro hac vice*)
Zach.Levy@gtlaw.com
2375 E. Camelback Road, Ste. 800
Phoenix, AZ 85016
Telephone: 602.445.8411
*Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lighthouse Healthcare Center, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>National Fire & Marine Insurance Company, a Nebraska Corporation; MedPro Group, Inc. and DOES 1-110,<br><br>Defendants. | Case No. 2:25-cv-01651-ODW (AYPx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with: *Memorandum of Points and Authorities; L.R. 56-1 Statement of Uncontroverted Facts; Declaration of Jon T. Neumann; Declaration of John Hopping; and [Proposed] Order*]<br><br>Hearing Date: November 23, 2026<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5D, 5th Floor<br>Assigned to: Hon. Otis D. Wright II |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 23, 2026 at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Otis D. Wright II, Defendants National Fire & Marine Insurance Company and MedPro Group, Inc. ("Defendants") will, and hereby do, move this Court for Summary Judgment pursuant to Fed. R. Civ. P. 56 against Plaintiff Lighthouse Healthcare Center, LLC, with respect to all counts asserted in the Complaint (Dkt. 1).

This motion is based on this Notice of Motion and Motion for Summary Judgment, the Memorandum of Points and Authorities, the Declaration of Jon T. Neumann (and exhibits thereto), the Declaration of John Hopping (and exhibits thereto), Defendants' L.R. 56-1 Statement of Uncontroverted Facts, as well as all the papers, pleadings, and records on file herein, and on such other matters as may properly come before the Court on oral argument or otherwise.

A proposed form of judgment is attached hereto.

DATED this 19th day of October, 2026.

GREENBERG TRAURIG, LLP

By: /s/ *Jon T. Neumann*
Jon T. Neumann
NeumannJ@gtlaw.com
Zachary H. Levy
Zach.Levy@gtlaw.com
Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group, Inc.

## CERTIFICATE OF CONFERRAL PURSUANT TO L.R. 7-3

Undersigned counsel for Defendants National Fire & Marine Insurance Company and MedPro Group, Inc., certifies that this motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 12, 2026. The parties were unable to resolve their disagreements regarding the substance of the motion.

/s/ *Jon T. Neumann*
Jon T. Neumann

**CERTIFICATE OF SERVICE**
***(Lighthouse Healthcare Center, LLC v. National Fire & Marine Insurance Company)***
**USDC Case No: 2:25-cv-01651-ODW (AYPx)**

I am employed in the County of Maricopa, State of Arizona; I am over the age of 18 years and not a party to the within action; my business address is 2375 East Camelback Road, Suite 800, Phoenix, Arizona 85016; diane.linn@gtlaw.com.

I hereby certify that on October 19, 2026 and pursuant to Local Rule 5-3.2.1, I filed the foregoing document via the Court's electronic filing system and all counsel of record have been served by that method.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2026, at Phoenix, Arizona.

Diane Linn
Employee of Greenberg Traurig, LLP