# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lighthouse Healthcare Center, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>National Fire & Marine Insurance Company, a Nebraska Corporation; MedPro Group, Inc. and DOES 1-110,<br><br>Defendants. | Case No.: 2:25-cv-01651-ODW (AYPx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Assigned to the Hon. Otis D. Wright II |

This Action arises from Plaintiff Lighthouse Healthcare Center, LLC's ("Plaintiff") Complaint (Dkt. 1) against Defendants National Fire & Marine Insurance Company and MedPro Group, Inc.'s ("Defendants") for: (1) breach of contract; and (2) bad faith.

On _________, 20____, the Court granted summary judgment for Defendants on all claims, having found that (i) Plaintiff's material misrepresentations and omissions in its applications for the senior care liability policy at issue (the "Policy") rendered the Policy void *ab initio* and provided Defendants with a complete defense against all causes of action brought under the Policy, and (ii) Plaintiff's insurance claim was excluded from coverage as a matter of law under the Policy's express terms. (Dkt. ___).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment (Dkt. ___), judgment is entered in favor of Defendants and against Plaintiff on all causes of action raised in the Complaint; and

2. Defendants, as the prevailing parties, shall be entitled to recover their allowable costs in an amount to be determined. Pursuant to L.R. 54-2.1 and 54-7, any Application to the Clerk to Tax Costs or motion for attorneys' fees shall be served and filed within 14 days after entry of this Judgment.

**IT IS SO ORDERED**

Dated: __________

______________________________
Hon. Otis D. Wright
Judge of the United States District Court