Avi Wagner (SBN #226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorneys for Plaintiff*
*Lighthouse Healthcare Center, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lighthouse Healthcare Center, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>National Fire & Marine Insurance Company, a Nebraska Corporation; MedPro Group, Inc. and DOES 1-100,<br><br>Defendant(s). | **Case No.: 2:25-cv-01651-ODW-AYP**<br>**Hon. Otis D. Wright**<br><br>**DECLARATION OF AVI WAGNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date: November 23, 2026**<br><br>**Time:1:30 p.m.** |

I, Avi Wagner, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the I am the principal of The Wagner Firm, counsel for plaintiff Lighthouse Healthcare Center, LLC ("Lighthouse") in this matter. I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2. I make this declaration in support of Plaintiff Lighthouse's Motion for Partial Summary Judgment.

3. On October 12, 2026, I conferred telephonically with counsel for Defendants MedPro Group, Inc. and National Fire & Marine Insurance Company (collectively, "Defendants") regarding the bases for Plaintiff's Motion for Summary Judgment.

4. Attached to the Appendix of Evidence as Exhibit 140 is an excerpt of a true and correct copy of the deposition transcript of MedPro Group Inc.'s Rule 30(b)(6) deponent Leah Nollenberger.

5. Attached to the Appendix of Evidence as Exhibit 141 is an excerpt of a true and correct copy of the deposition transcript of Christina Ballester.

6. Attached to the Appendix of Evidence as Exhibit 142 is an excerpt of a true and correct copy of the deposition transcript of Steven Riss.

7. Attached to the Appendix of Evidence as Exhibit 143 is an excerpt of a true and correct copy of the deposition transcript of expert Barry Zalma.

8. Attached to the Appendix of Evidence as Exhibit 144 is an excerpt of a true and correct copy of the deposition transcript of expert Robert Anderson.

9. Attached to the Appendix of Evidence as Exhibit 145 is an excerpt of a true and correct copy of Plaintiff's Amended Responses and Objections to Defendants' First Set of Interrogatories.

10. Attached to the Appendix of Evidence as 146 is a true and correct copy of an academic study published in the Journal of American Medical Directors Association, "Risk Prediction Model for 6-Month Mortality for Patients Discharged to Skilled Nursing Facilities" finding a 6-month 21% mortality rate for patients who are discharged from a hospital to a skilled nursing facility. The study and its findings are subject to judicial notice under Federal Rule of Evidence 201 (b), as they are "not subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

11. Attached to the Appendix of Evidence as 147 is a true and correct copy of an academic study published in the academic journal PLOS One, titled "Mortality in nursing home residents: A longitudinal study over three years" finding that the annual

mortality rate of residents of a skilled nursing facility is 31.8%. The study and its findings are subject to judicial notice under Federal Rule of Evidence 201 (b), as they are "not subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2026. *<u>/s Avi Wagner</u>*

Avi Wagner